## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

**Crim. No. 5:13-CR-302-1D**

BRYAN G. SADLER

On June 7, 2011, the above named was placed on a term of supervised release probation for a period of 60 months. The offender has complied with the rules and regulations of supervised release probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Arthur B Campbell
Arthur B Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: September 24, 2015

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __**30**__ day of __*September*__, 2015.

James C. Dever III
Chief U.S. District Judge